COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-13-00842-CV

Style:  In re Courtney Nixon

Date motion filed[*]:  October 25, 2013

Type of motion:  Agreed Second Motion to Extend Time to Respond to Petition for Writ of Mandamus

Party filing motion:  Real Party In Interest

Document to be filed:  Real Party In Interest's Response

Is appeal accelerated?  No

If motion to extend time:

    Original due date:  October 18, 2013

    Number of prior extensions:  1  Current Due date:  October 25, 2013

    Date Requested:  November 8, 2013

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  November 8, 2013

        ☐    The Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Sherry Radack

            ☐ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  October 25, 2013

November 7, 2008 Revision